**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **NATIONAL INDEPENDENT** | ) | |
| **TRUCKERS INS. CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CV253** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KELLY GADWAY and** | ) | |
| **BRUCE W. LARSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's Motion for Service by Publication (Filing No. 8) and Motion for Extension of Time (Filing No. 11).  The plaintiff states personal service on the defendant Kelly Gadway cannot be made despite reasonable diligence.  The plaintiff also requests thirty additional days to complete service on Kelly Gadway.  The plaintiff filed an index of evidence and affidavits in support of the motions.  Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Service by Publication (Filing No. 8) is granted.

2. The plaintiff's Motion for Extension of Time (Filing No. 11) is granted.  The plaintiff shall have to **on or before December 6, 2010**, to complete service on the defendant Kelly Gadway by publication.

DATED this 26th day of October, 2010.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge