IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NATIONAL INDEPENDENT TRUCKERS INS. CO.,** | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV253 |
| vs. | ) ) | ORDER |
| **KELLY GADWAY and BRUCE W. LARSON,** | ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court following a telephone planning conference with counsel and the parties on October 17, 2011. Mary M. Schott represented the plaintiff. The defendants Kelly Gadway and Bruce W. Larson participated pro se. Requests for discovery are outstanding. Upon discussion with the parties, the plaintiff shall file a status report on or before November 18, 2011. Following such report, the court will direct a final planning conference in this matter.

    **IT IS SO ORDERED**.

    **IT IS FURTHER ORDERED** the Clerk of Court shall mail a copy of this order to each pro se defendant as follows:

| | |
|---|---|
| Bruce Larson<br>P.O. Box 5552<br>Grand Island, NE 68802-5552 | Kelly Gadway<br>P.O. Box 301<br>Hershey, NE 69143 |

DATED this 17th day of October, 2011.

                                                    BY THE COURT:

                                                   s/ Thomas D. Thalken
                                                  United States Magistrate Judge